# EXHIBIT 4

<u>DRAFT POSTCARD NOTICE</u>

**If You Were Sent A Text Message From The Western Union Company, You May Be Entitled To A Payment From A Class Action Settlement.**

A Settlement has been reached in a class action lawsuit alleging that The Western Union Company ("Western Union") sent text messages to wireless telephone numbers without prior express written consent of the recipients in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Western Union denies the allegations in the lawsuit and the Court has not decided who is right.

**Who's Included?** <u>Western Union's records show that you may be a member of the Settlement Class</u>. The Settlement includes all persons in the United States who received one or more unsolicited text messages sent by or on behalf of Western Union between March 12, 2010 and [the date of Preliminary Approval].

**What Are the Settlement Terms?** A Settlement Fund of $8.5 million has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration.

**How can I get a Payment?** To get a payment you must submit a claim **using this 13 digit, unique identifier: XXXXXXXXXXXXX**. You can submit your claim online or by mail. Each Settlement Class Member who makes a claim will be entitled to an equal share in the Settlement Fund. Only one claim is allowed per Settlement Class Member. Settlement Class Members who submit Valid Claims will receive $250 or their equal share of the Settlement Fund, depending on the number of Valid Claims received. For example, if 1% of the Settlement Class submit Valid Claims, each Settlement Class Member would receive approximately $651.37. If, however, 5% of the Settlement Class submit Valid Claims, each Settlement Class Member would receive approximately $130.28. The final cash payment amount will depend on the total number of Valid Claims filed by all Settlement Class Members. The claim deadline is **Month DD, 2015**.

**Your Other Options.** If you **Stay In** the Settlement Class, you will be legally bound by the Settlement's terms and you will release your claims against The Western Union, regardless of whether you file a Valid Claim. If you do not want to be legally bound by the Settlement, you must **Opt Out** of the Settlement by **Month DD, 2015**. If you Opt Out, you will not be entitled to any payments but you will retain the ability to file your own claim against The Western Union. If you do not Opt Out, you may **Object** to the Settlement by **Month DD, 2015**. The detailed notice available on the Settlement Website explains how to Opt Out or Object. The Court will hold a Hearing on **Month DD, 2015** to consider whether to approve the Settlement and a request for attorneys' fees of up to 35% of the Fund (approximately $2,891,000) and incentive award of $5,000 to the Class Representative. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

www.WesternUnionTCPASettlement.com  1-(8XX) XXX-XXX

4850-0706-8201, v. 4