# EXHIBIT 6

# CLAIM FORM

<u>Douglas v. The Western Union Company</u>, Case No. 1:14-cv-01741
(N.D. Ill. filed March 12, 2014)

**WESTERN UNION TEXT MESSAGE SETTLEMENT
C/O EPIQ SYSTEMS, INC., [SETTLEMENT ADMINISTRATOR ADDRESS]**

> **Your Signed Claim Form Must Be Completed, Submitted
> Online or Mailed and Postmarked
> No Later Than [_____, 201_]**
>
> **If You Do Not Submit A Claim Form By [_____, 201_], You
> Will Not Receive The Benefits Described In The Class Notice.
> Please Read This Entire Form Carefully.**

If you received one or more unsolicited text messages sent by or on behalf of Western Union between March 12, 2010 and **[PA DATE]**, you may be entitled to compensation if you complete this Claim Form and submit it either online or by mail no later **than [_____, 201_]**.

Name:_____

Street Address:_____

City: _____  State:_____  Zip Code:_____

Mobile Phone Number:_____  Email Address:_____

Date of Unsolicited Text Message:_____

Unique Identifier (in the postcard or e-mail notice you received):_____

By submitting this Claim Form and signing below, I declare under penalty of perjury that I received an unsolicited text messages sent by or on behalf of Western Union between March 12, 2010 and **[PA DATE]** and that all information in this Claim Form are true and correct to the best of my knowledge.

Signature: _____  Date: _____

Print Name: _____

**Your claim will be submitted to the Settlement Administrator for review. If accepted, you will be mailed a check representing your share of the Settlement Fund. This process takes time, so please be patient. Please keep a copy of your completed Claim Form for your records and ensure that you keep your current address on file with the Settlement Administrator.**

**Questions or Need Help? Call [NUMBER] or visit [SETTLEMENT WEBSITE]**

1