# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JASON DOUGLAS, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-1741 |
| Plaintiff, | ) ) | Hon. Gary Feinerman |
| v. | ) ) | Hon. Jeffrey Cole |
| THE WESTERN UNION COMPANY, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   (See attached service list.)

PLEASE TAKE NOTICE that on March 17, 2016, at 10:00 a.m.,[1] the undersigned shall appear before the Honorable Judge Gary Feinerman, or any judge sitting in his stead in Courtroom 2125 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the accompanying **Plaintiff's Motion For Leave To File Document Under Seal**.

Dated: March 15, 2016                                     Respectfully submitted,

By:  *s/ Joseph J. Siprut*

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois  60602
Phone: 312.236.0000
Fax: 312.878.1342

*Counsel for Plaintiff
and the Settlement Class*

---

[1] This matter was previously set for presentment. (Dkt. 79.)

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice Of Motion** was filed on this 15th day of March 2016 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record, and was sent this 15th day of March 2016 to the following via FedEx next business day delivery:

>John Knott
>c/o C. Jeffrey Thut, Esq.
>Noonan, Perillo & Thut
>25 N. County Street
>Waukegan, IL 60085
>
>Bethany Carol Price
>c/o W. Allen McDonald, Esq.
>249 N. Peters Road, Suite 101
>Knoxville, TN 37923
>
>Pamela A. Sweeney, Pro Se
>2590 Richardson Street
>Madison, WI 53711
>
>Patrick A. Sweeney, Pro Se
>2590 Richardson Street
>Madison, WI 53711

*/s/ Joseph J. Siprut*

4836-3609-0159, v. 1