Jason Douglas, et al.
                    Plaintiff,

v.                                          Case No.: 1:14−cv−01741
                                            Honorable Gary Feinerman

The Western Union Company
                    Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2016:

MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Status hearing set for 3/29/2016 at 9:45 a.m. For the reasons stated on the record, Plaintiff's motion for leave for discovery from objectors [72] is denied without prejudice. The Clerk is directed to place under seal Dkt. 72. By 3/25/2016, Plaintiff shall file a supplemental memorandum regarding Objector Price and the scope of the class. The time for filing a motion for final approval is extended to 4/1/2016.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.