UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jason Douglas, et al.

                                          Plaintiff,

v.                                                   Case No.: 1:14–cv–01741
                                                          Honorable Gary Feinerman

The Western Union Company

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 25, 2016:

      MINUTE entry before the Honorable Gary Feinerman: Motion hearing held and continued to 6/1/2016 at 9:00 a.m. By 5/16/2016, the parties shall file a joint brief addressing the following issues: (1) When the Western Union loyalty program commenced; (2) Whether at all relevant times the Western Union online system allowed a person to engage in transactions without first joining the Western Union loyalty program; (3) Whether, if the class definition is amended/clarified, due process would be satisfied simply by sending another communication to the class members reaffirming their entitlement to submit a claim and giving them additional time to do so; (4) How the Claims Administrator intends to identify and reject fraudulent claims; (5) How many hours cataloged on the spreadsheet (Doc. [61]–1 at 168–171) reflect work already performed as of 2/8/2016 vs. work that counsel anticipated performing after 2/8/2016; and (6) How many hours Defendant's outside counsel has billed on this case through 4/25/2016. The parties may support their brief with affidavits or other exhibits. In addition, Plaintiff shall attach to the brief: (1) detailed attorney time records for this case; and (2) all Siprut PC attorney fee petitions or motions, filed in any court, that include hours worked from January 2014 through April 2016. If Objectors wish to respond to the parties' brief, they must do so by 5/27/2016. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.