# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON DOUGLAS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-1741 |
| v. | ) ) | Hon. Gary Feinerman |
| THE WESTERN UNION COMPANY, a Delaware corporation, | ) ) ) ) | Hon. Jeffrey Cole |
| Defendant. | ) | |

### DECLARATION OF JOSEPH J. SIPRUT

I, Joseph J. Siprut, declare:

1. I am an attorney admitted to practice before this Court, and am the managing partner of the law firm of Siprut PC. I am one of the attorneys for Plaintiff Jason Douglas and the Settlement Class, and I make this declaration in support of the Supplemental Filing Regarding Plaintiff's Motion For Final Approval Of Class Action Settlement.

2. Subsequent to Plaintiff's Motion For Attorneys' Fees, Costs, And Incentive Award (the "Fee Petition") being filed on February 8, 2016, the following attorneys and law clerks at Siprut PC have worked on this case: Joseph J. Siprut (Partner); Richard L. Miller II (Partner); Ismael T. Salam (Associate Attorney);[1] Richard S. Wilson (Associate Attorney); Anaël Hadji (Law Clerk); Michael Johnson (Law Clerk).

3. The total number of hours spent by these individuals just since the time that the Fee Petition has been filed is 261.6 hours, subdivided as follows: Mr. Siprut (76 hours); Mr. Miller

---

[1] During this period of time, Mr. Salam took a position with the Navy JAG Corps and moved to withdraw his appearance.

(81.8 hours); Mr. Wilson (42.3 hours); Mr. Salam (26.5 hours); Mr. Hadji (22 hours); Mr. Johnson (13 hours).

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on May 23, 2016 in Chicago, Illinois.

*/s/ Joseph J. Siprut*