UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jason Douglas, et al.
                    Plaintiff,

v.                                         Case No.: 1:14–cv–01741
                                           Honorable Gary Feinerman

The Western Union Company
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 25, 2016:

  MINUTE entry before the Honorable Gary Feinerman:By 6/3/2016, Plaintiff's counsel shall file a memorandum tabulating –– on a monthly basis or, if a monthly basis is not possible, on an annual basis –– the total hours reported by Joseph Siprut, Gregg Barbakoff, and Ismael Salam from January 2014 through April 2016 on this fee petition plus the 33 fee petitions referenced in Doc. 111 at 10 n.5. By 6/3/2016, Defendant shall file a memorandum indicating the total number of hours spent by its inside counsel on this case. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.