# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jason Douglas, et al.

                          Plaintiff,

v.                                           Case No.: 1:14–cv–01741
                                                      Honorable Gary Feinerman

The Western Union Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held regarding Plaintiff's Motion for Attorneys Fees [61] and Motion to Approve Settlement [96]. The Court will rule by mail. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.