**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON DOUGLAS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 14-cv-1741 |
| v. | ) ) Hon. Gary Feinerman |
| THE WESTERN UNION COMPANY, a Delaware corporation, | ) ) Hon. Jeffrey Cole ) ) |
| Defendant. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff submits the following supplemental authority in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Award (Dkt. No. 61) and Motion to Approve Settlement (Dkt. No. 96):

1. *Young v. County of Cook*, No. 06-cv-552, 2017 WL 4164238, *5-6 (N.D. Ill. Sep. 20, 2017) (Kennelly, J.) (awarding attorneys' fees of 33% of $32.5 common fund in class action settlement of civil rights and false claims act litigation) (relevant to Dkt. No. 61 at 11-12.)

2. *Garcia v. J.C. Penny Corp.,* No. 12-cv-03687, 2017 WL 3449077, *2 (N.D. Ill. Aug. 9, 2017) (Gottschall, J.) (awarding attorneys' fees of $1.75 million, which was 35% of the settlement fund, in wrongful termination class action) (relevant to Dkt. No. 61 at 11-12).

3. *Slaughter v. Wells Fargo Advisors, LLC*, No. 13-cv-06368, 2017 WL 3128802, *3, 18, 24 (N.D. Ill. May 4, 2017) (Leinenweber, J.) (awarding attorneys' fees of 25% of $35.5 million settlement fund in employment discrimination class action settlement) (relevant to Dkt. No. 61 at 11-12).

4.      *Aranda v. Caribbean Cruise Line, Inc.*, No. 12-cv-4069, 2017 WL 1369741, *9 (N.D. Ill. April 10, 2017) (Kennelly, J.) (awarding attorneys' fees of 36% of the first $10 million, 30% of the second $10 million, 24% of the band from $20 million to $56 million, and 18% of the remainder, in TCPA class action settlement) (relevant to Dkt. No. 61 at 11-12.)

5.      *Ossolo v. American Express Co.*, No. 1:13-cv-04836 (N.D. Ill. Dec. 2, 2016) (Lee, J.) (approving attorneys' fees of $2.75 million, which was approximately 35% of the settlement fund, in TCPA class action settlement) (Ex. A hereto) (relevant to Dkt. No. 61 at 11-12).

6.      *Briggs v. PNC Financial Services Group, Inc.*, No. 1:15-cv-10447, 2016 WL 7018566, *3-4 (N.D. Ill. Nov. 29, 2016) (St. Eve, J.) (approving attorneys' fees of $2 million, which was 33% of the settlement fund, in FLSA settlement) (relevant to Dkt. No. 61 at 11-12.)

7.      *In re: The Home Depot, Inc., Customer Data Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga. Sep. 22, 2017) (granting final approval of settlement and approving attorneys' fees of $15.3 million, which represents approximately 30% of the fund) (Ex. B hereto) (relevant to Dkt. No. 61 at 11-12).

8.      *Melito v. American Eagle Outfitters, Inc.*, No. 1:14-cv-02440-VEC (S.D. N.Y. Sep. 11, 2017) (awarding fees of $4.3 million, 30% of the settlement fund and a 2.1 lodestar, in TCPA class action settlement) (Ex. C hereto) (relevant to Dkt. No. 61 at 11-12).

9.      *Mey v. Frontier Communications Corp.*, No. 3-13-cv-01191 (D. Conn. June 2, 2017) (awarding attorneys' fees of $3.66 million from an $11 million settlement fund to settle TCPA class action) (Ex. D hereto) (relevant to Dkt. No. 61 at 11-12.)

Dated: October 6, 2017                                          Respectfully submitted,

                                                                */s/ Joseph J. Siprut*

-3-

>   Joseph J. Siprut
>   *jsiprut@siprut.com*
>   Richard L. Miller II
>   *rmiller@siprut.com*
>   Richard S. Wilson
>   *rwilson@siprut.com*
>   **SIPRUT PC**
>   17 North State Street
>   Suite 1600
>   Chicago, Illinois 60602
>   Phone: 312.236.0000
>   Fax: 312.878.1342
>
>   *Counsel For Plaintiff*
>   *And the Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Supplemental Authority** was filed this 6th day of October 2017 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                */s/ Joseph J. Siprut*