UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jason Douglas, et al.
                          Plaintiff,

v.                                    Case No.: 1:14–cv–01741
                                                     Honorable Gary Feinerman

The Western Union Company
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 10, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Motion for request for decision [123] is granted. A decision on the pending motions, with which the court has struggled due to various issues addressed on the record during court hearings, will issue shortly. Status hearing set for 2/28/2018 at 9:00 a.m. Motion hearing set for 1/16/2018 [124] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.