**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON DOUGLAS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 14-cv-1741 |
| | ) | |
| THE WESTERN UNION COMPANY, a Delaware corporation, | ) ) | |
| | ) | Hon. Gary Feinerman |
| | ) | Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 26, at 9:00 a.m., or as soon thereafter as counsel may be heard, undersigned counsel shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2125 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the motion by Bethany Carol Price for attorney fees and an incentive award [Doc. 159], which has been filed and served through the Court's CM/ECF system.

Dated this 19th day of November, 2018.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.
249 N. Peters Road
Suite 101
Knoxville, TN 379234917
Tel: 865-246-0800
*Counsel for Bethany Price*

2

## CERTIFICATE OF SERVICE

I do hereby certify that on November 19, 2018, a copy of the foregoing was submitted electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 19th day of November, 2018.


/s/ W. Allen McDonald
W. Allen McDonald, Esq