# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

JASON DOUGLAS, individually and
on behalf of all others similarly
situated,
    Plaintiff,

v

THE WESTERN UNION
COMPANY, a Delaware corporation,
    Defendant.

FILED

NOV 27 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 14-cv-1741
Hon. Gary Feinerman

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 21, at 9:00 a.m., or as soon thereafter as counsel may be heard, undersigned counsel shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2125 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the motion for objector fees [Doc. 157] by Patrick Sweeney, Pro Se & Pamela Sweeney, Pro Se, which has been filed and served through the Court's CM/ECF system.

Dated this 21rd day of November, 2018.

Patrick S. Sweeney, Pro Se

## CERTIFICATE OF SERVICE

I do hereby certify that on November 21, 2018, a copy of the foregoing was filed via U.S. Mail First Class with the Clerk of the Court, United States District Court, Northern District of Illinois. When the Clerk scans this document the electronic filing system will Notice all parties hereto via email. This document will also be available at the PACER website. In addition the undersigned has provided a copy to all parties via electronic mail.

This 21th day of November, 2018.

Patrick S. Sweeney, Pro Se