# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JASON DOUGLAS, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.

THE WESTERN UNION
COMPANY, a Delaware
corporation,

Case No. 14-cv-1741

Hon. Gary Feinerman

**FILED**
NOV 27 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---

## DECLARATION OF PATRICK S. SWEENEY, PRO SE OBJECTOR

---

I, Patrick S. Sweeney, declare as follows:

1. I am a Pro se Objector in the above styled matter. I submit this declaration in support of the Motion for Objector Fees of Patrick S. Sweeney, Pro Se and Pamela Sweeney, Pro Se. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently so testify as to those matters.

2. I have been involved in this case since filing my objection on February 5, 2016 (the "Effective Date").

3. I have also had conversations during the pendency of this litigation with other parties to this litigation both prior to and subsequent to the Effective Date.

4. I believe the objection filed by myself and Pamela Sweeney were at the very least partially responsible for this Court reducing the excessive attorney fee requested by Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the 19th day of November in Madison, WI.

*(signature)*
Patrick S. Sweeney, Pro Se